UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| No. | 5:22-cv-00909-ODW | Date | September 22, 2022 |
|---|---|---|---|
|  | Adversary No. 6:19-ap-01176-SC | | |
|  | Bankruptcy No. 6:19-bk-18454-SC | | |
| Title | *In re Gregory A. Paiva* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On September 7, 2022, after Appellant missed his deadline to file an opening brief, the Court ordered Appellant to show cause why this appeal should not be dismissed for lack of prosecution. (Min. Order, ECF No. 12.)  Appellant's response was due September 21, 2022.  As of today's date, Appellant has not filed a response to the Court's Order to Show Cause.

The Court indicated that failure to timely respond to the Order to Show Cause would result in dismissal of the appeal.  (*Id.*)  Accordingly, this case is **DISMISSED**.  All dates and deadlines are **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

                                                                      :    00

Initials of Preparer    SE